## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
RICHARD C. ACKOUREY, JR.         : CIVIL ACTION
d/b/a GRAPHIC STYLES/STYLES      :
INTERNATIONAL LLC,               :
                                 :
        Plaintiff,                :
                                 :
     v.                          :
                                 : NO. 09-CV-5454
MOHAN'S CUSTOM TAILORS, INC.     :
and MIKE RAMCHANDANI,            :
                                 :
        Defendants.               :
```

### ORDER

AND NOW, this  29th  day of August, 2011, upon consideration of Defendants' Motion for Partial Summary Judgment (ECF No. 15), responses thereto (ECF Nos. 17, 21, 24), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that as to Plaintiff's claims for statutory damages and attorney's fees pertaining to Copyright TX 6-956-762, Defendants' Motion is GRANTED.  The Motion is otherwise DENIED.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, C.J.